FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0490

SHELBY RAGNER,

     Petitioner and Appellee,

v.

STATE OF MONTANA,

     Respondent and Appellant.

## ORDER

Upon consideration of Appellant's motion for a 10-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 7, 2024, within which to prepare, file, and serve its opening brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024